UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONALD SMITH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-cv-1679 (KBJ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiff Ronald Smith ("Plaintiff" or "Smith") has filed multiple status reports seeking action on his case. (*See* ECF Nos. 21, 24.) This Court has reviewed the various filings that the parties have submitted with respect to [14] Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and it is hereby

**ORDERED** that Defendants' Motion is **GRANTED** and this case will be dismissed. The Court's reasoning regarding this Order will be set forth in a Memorandum Opinion to be issued within thirty days of this order, absent unforeseen circumstances. It is

**FURTHER ORDERED** that this Order shall not be deemed a final Order subject to appeal until the Court has issued its Memorandum Opinion. *Cf. St. Marks Place Housing Co., Inc. v. U.S. Dep't of Housing & Urban Dev.*, 610 F.3d 75, 80-82 (D.C. Cir. 2010).

July 31, 2015                                *Ketanji Brown Jackson*
                                             KETANJI BROWN JACKSON
                                             United States District Judge